**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACK A. KIMMICH and SARA KIMMICH,

    Plaintiffs,

v.

WELLS FARGO HOME MORTGAGE, WELLS FARGO BANK, N.A., and DOES 1-50,

    Defendants.
_____/

No. C 13-04263 JSW

**ORDER VACATING HEARING ON MOTION TO DISMISS**

    Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to stay which has been noticed for hearing on Friday, January 10, 2014 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

    **IT IS SO ORDERED.**

Dated: January 3, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE